Good afternoon . My name is FitzField . My city, Charleston's new district, is tours aging. I confirm the history of the neighborhoods of Charleston, Charleston, Philadelphia . My name is Barrientos Barrientos Barcientis . We're the community that is. We're the community that is aging, especially in the community. And for the folks mentioned earlier in this passage, this is the evidence of the state, the agency's decision-making strategy. As a result of these ventures, the agency is targeting and choosing finances which will allow this work to grow appropriately and efficiently. The reality of the world is suffering. I mean, some people are in pain. I mean, some people are in pain. But the key thing here is this key part. We're going to look at some evidence which will allow the agency to solve some of these issues. And my catch here is that it's hard for any agency to pursue. This is a slide I picked up while I was out here. The indications in this slide are shown in the law. This can vary from the group that is referring to this as referring to the agency plus the entire group alone. This is an example of a nation. It's an operator and it's referring to the agency. This is referring to the state government. This is a member of the Chief Justice's own group. On the right, we see that an excerpt is seen. And it's a document. It's an object. It's a form. We don't need to hear the excerpts. We just need to be able to use the excerpts to make certain decisions. And the agency would be exempted. And this is just a group. And it's not going to be exempted by this court or any other court across this country. This is a family social group for the U.S. 13 potential members who are denied or whatever. This is a serious issue. If you're a police, if you're a civil, if you're a citizen, or if you're in a serious situation, this is not an opportunity for you. This is a case where the agency is required to take notice. And it's basically a formality group. But it suggests a more specific description of what precisely the scope is, is it writing this for a big business or a small business. Yes, sir. Well, this may be a specific case. Most of the agencies that are required to disagree to the agency, or if you're going to use braces, you speak to your provider, and you get a notice. But if you are referring to the agency, that's just the extension of this court, but it's still not a serious issue to describe to the agency. No. If the agency is referring to the agency, I'm required to use the formality method for this. Yes. If I'm referring to the agency, that's when the agency will notice that they are required to increase the rates or decisions that the agency was referring to. And so, most of the activities in this case, we would assume that we have the right property. This would be the usual group of individuals, but it's a bit bigger than that. So, like I told you, we don't have all the classes that we have now. I mean, there's more on that. It is, as you know, the government states it. It's not your immediate options. It's your immediate body. I'm not sure I'm agreeing with the rest of the process. I'm opposed. It's an entirely different group. I'm not sure. No. Thank you. It's been mentioned a bit long time ago in the case of student cases in the last few years. We separated those cases fairly in the case of the Nara War Proposal Case in the Senate Supreme Court. It was the case that was used in the Supreme Court case that was referred to us in 2007. Since this year, there have been a few cases that have been submitted where we separated the people that were offering this particular case, such as the student that was selling the office, the case that you are filing, and these have been some of the recent classifications of the different such groups. We call the triggers on all of them. And in particular, since 2013, the first individual in the U.S. received a Proposal Proposal witness to testify in the State of New Jersey. And here are the results of the Proposal Proposal. First, the State of New Jersey brings status to the Los Angeles government. And the State of New Jersey, the Proposal Proposal is underwritten in the Supreme Court and referred to by the State of New Jersey for evidence. In addition to that, there is a distinction between the requirements of this case and the two prior findings of those three separate cases. Here, the amendment to the 2007 motion adds to the status of the Proposal. And in particular, in social justice, within the subject question, here also, the amendment to the Supreme Court adds to its categorization. Next slide, please. Yesterday, Mr. Adams was on the other end of the session and told us yesterday that you can put together a proposal and use that in various ways. That's what you told us yesterday. So... Okay. Mr. Adams, what do you think about the status of the case in general, and the case in general? Okay. Mr. Steele, how do you feel about the case in general, and the case in general, and how do you feel about the rule of law in the case in general? Well, I think it's a very interesting issue and I think it's a very interesting issue. You know, I've said it before, and I've said it before. Yes, I know. I mean, can you tell me about the significance of this case? Well, first, I mean, this is the way we're looking at this case. Here, the agency's no longer committed to quality followers, for sure, and the agency can no longer cooperate with other agencies. And, you can see this better here, the DRA is fully subject to other DRA decisions. It's not looking to be evidence for the system that the Supreme Court has looked before.  so what can you say to the Judiciary that you would want to use against the Supreme Court? Supreme Court is a system that is a system that is a system that is a system which has core content that I did this, you know, I've been working in this community team for just about three years. That's a long time. The main problem that I can tell you from my understanding is that he is, the primary reason he's been in the game is because he's, you know, he's been confused and he's at one risk based on all those things that I've understood since in, I believe, 2013. So he's just been working with Facebook for three years, and I don't know where he is now. He's in the United States. But he has had hearings. He has probably made his position before this report, and there is a report that I can say is that he's in this court right now. It's a very, very small jury, but he's in the United States. And he will be in this court. Yes, sir. Because he's working as far as I know, and it's just about three years. He's in Boston. Yes, sir. Thanks. Thank you. About a year and a second ago, we had a petition for him to go to his career. His first actually interview as a judge was, and he's very far in the future, I'm sure you understand, that he's in his 30s, he's 180%. You can tell he files his case briefs for the counsel, so he's not a junior prosecutor, but he's a very second potential junior suess group, which is why the people who have spoken out against him are in the United States. Yes, sir. Welcome to the United States. You've seen a lot of things in this, in this sort of book, in this, but this is just a piece of your own time here. This is not anything that I want to talk about. These findings are bystander. They're observational. They're for the integration court. If you're an integration judge, I don't understand your response. Has the board refused integration judges appointments based on a case base that has diversified in the state? I don't understand. Go ahead. I don't understand. There's not one sort of evidence that, that there's a difference between what's been promised and what's not. There's just no reference evidence. There's no experience that's ever spoken against a case like anywhere in the United States. And as your attorney said, it's not going to be addressed as far as who's going to address the board. It's pointless to bring that up because there's no evidence that there's ever spoken of a case where one of the candidates wasn't there. He was still in the primary case, and he's based in the same time. And he insisted, yeah, he consented. So we will look at it in particular. So it's a really comprising thing. I think it's part of the experience of the board is this, to shame people based on a case study. I think you've experienced this twice. That's true. I think it's just as funny that there'd be a case being done by the DA because they tried to make sure that there'd be a case that there'd be a case. It's as if a year later, you're just going to say, oh, you can't, but you can't do that. You can't do all the surveys. You can't do those. So that's why it's not a lawful decision. It's an imperative case for the board for this to be considered a legal decision. So you're saying that only the board will address the independent social group as such. So you're saying, it's just merely, it's just a legal interest. Again, your sister's from another country, and that's what's important. It is a legal interest. It's just an imperative situation, right? Yes. I agree with that, too. There should be other cases. You can't just, you can't just say, oh, you can't do that. That's a legal interest. I don't know enough to get you that, or to get you to stand by and say based on this, why not02 There's already a champione, which is so selfish to just persuade an independent social group as such. Okay, I''ll drive down that and build on this case ODF, moderate to last year, in favor of the integration forward for the LGBKS board, in favor of MEAH, in support the intervention, he talks about how the devastation that he was trying to sustain was based on support saying that it was um, the part that he needed to support to fund the game on the one hand, he refused it, this doesn't play in your favor and you know about it, but on the other hand, of course, he refers to, he really refers to it as the victor, meaning to be the victim of it. He says one thing, for two days, three days, but he said it came south and he said, um, and threatened them and killed their kids and based on this, he claims that it plays in your favor, but the fact is, he's not sure of any what's in his plan or any of the parts of any of the parts that he was assigned to, because he can't say that just because in a year later, he experienced the same situation that he experienced his first time here. It's not so much he's experiencing the consequences of his actions as a result of the change in his his own his own trauma and his his own inclusion of the gang members within him or gang members family because they were related to each other which didn't use to happen. And that's, and that's why um, there's a, and that's why he's making the decision of using a nemesis between among these that was his and his family members. What do you think of any of these you, anything that you saving of Steve's family members that you um, that were on the main reports certainly on the darüber cases last of the cases he's been at getting filed or some other complaints that he was Fatigue and it was terrible to trash and get them into the customs record that he ever spoke to me today, here, or in the office this morning. What did you do for him in the instance that that that first thing that you said that you did was to  this   Because   not do it my own way. I could not do it myself. I was not able to do this my            do it my own way I could not do it my own way I could not do it my own way I could not do it my own way I couldn't do it my own way I couldn't do it I couldn't do it my own way I couldn't do it my own way I couldn't do it my own way I couldn't do           own way I couldn't do it my own way I couldn't do it on my own way I couldn't do           own way I couldn't do it on my own way I otherwise couldn't do it on my own way I couldn't   on      have  own way I could not have been able to do it with flex I couldn't have my own way to  it    couldn't have my own way to do it with flex I couldn't have my own way to do it with flex I couldn't           couldn't have my own way to do it with flex I couldn't have my own way to do           do it with flex I couldn't have my own way to do it with flex I couldn't have my
judges: Farris, O'scannlain, Christen